# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANTHONY MONEYHAM,** | : | No. 3:15cv436 |
| **Plaintiff** | : | |
| | : | (Judge Munley) |
| **v.** | : | |
| | : | (Magistrate Judge Saporito) |
| **L. POTTER, EMT; M. BARTH, EMT;** | : | |
| **and OFFICER MESSENMAN** | : | |
| **Defendants** | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 16th day of March 2015, the plaintiff's motion for temporary restraining order (Doc. 7) is hereby **DENIED**.

                                                        s/ James M. Munley  
                                                        **JUDGE JAMES M. MUNLEY**  
                                                        **United States District Court**