# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANTHONY MONEYHAM,** | : | No. 3:15cv436 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | (Magistrate Judge Saporito) |
| **L. POTTER, EMT; M. BARTH, EMT;** | : | |
| **and OFFICER MESSENMAN,** | : | |
| Defendants | : | |

## ORDER

**AND NOW**, to wit, this 27th day of June 2016, it is **HEREBY ORDERED** as follows:

1. Plaintiff's objection to the Report and Recommendation regarding dismissal of his complaint (Doc. 33) is **OVERRULED**;

2. The Report and Recommendation of Magistrate Judge Saporito pertaining the dismissal of plaintiff's original complaint is **ADOPTED**;

3. Plaintiff's complaint (Doc. 1) is **DISMISSED** without prejudice;

4. The defendants' motion to dismiss (Doc. 18) is **DENIED** as moot;

5. Plaintiff's objection to the Report and Recommendation regarding filing an amended complaint (Doc. 33) is **SUSTAINED**;

6. The Report and Recommendation of Magistrate Judge Saporito pertaining to the denial of plaintiff's request to file an amended complaint is **NOT ADOPTED**; and

7. Plaintiff is directed to file an amended complaint, within twenty-one (21) days from the date of this order asserting the following claim: a <u>Bivens</u> claim arising from an alleged assault on February 21, 2015 in retaliation for plaintiff's hunger strike on February 20, 2015.  Plaintiff **may not** assert any additional claims.  Plaintiff must file a new action if he chooses to assert additional claims.

**BY THE COURT:**

**s/ James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**