# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANTHONY MONEYHAM,** | : | No. 3:15cv436 |
| **Plaintiff** | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | (Magistrate Judge Saporito) |
| **L. POTTER, et al.,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

**AND NOW**, to wit, this 30th day of August 2016, it is **HEREBY ORDERED** as follows:

1. Plaintiff's objection to the Report and Recommendation regarding dismissal of his claim against Defendant C. Brininger (Doc. 45) is **OVERRULED**;

2. The Report and Recommendation of Magistrate Judge Saporito (Doc. 41) is **ADOPTED**;

3. Defendant Brininger is **DISMISSED** from this <u>Bivens</u> action without prejudice;

4. Plaintiff is provided twenty-one (21) days from the date of this order to file an amended complaint to properly plead a <u>Bivens</u> action against Defendant C. Brininger.

   Failure to file a timely amended complaint will result in the dismissal of this defendant with prejudice; and

5. The Clerk of Court is directed to remand this case to Magistrate Judge Saporito.

**BY THE COURT:**

**s/ James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**