# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| ANTHONY MONEYHAM, | : | No. 3:15cv436 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | (Magistrate Judge Saporito) |
| L. POTTER, et al., | : | |
| Defendants | : | |

## ORDER

**AND NOW**, to wit, this 14th day of September 2017, it is **HEREBY ORDERED** as follows:

1. Plaintiff's objection to the Report and Recommendation regarding the granting of summary judgment for defendants (Doc. 61) is **OVERRULED**;

2. The Report and Recommendation of Magistrate Judge Saporito (Doc. 60) is **ADOPTED;**

3. Defendants' motion for summary judgment (Doc. 53) is **GRANTED**; and

4. The Clerk of Court is directed to **CLOSE** this case.

**BY THE COURT:**

**s/ James M. Munley_____**
**JUDGE JAMES M. MUNLEY**
**United States District Court**